UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **MARYLAND CASUALTY COMPANY AND AIRPORT EXPRESS LUBE, L.L.C.** | * | **CIVIL ACTION NO.** |
| **VERSUS** | * | **05-1399-JJB-DLD** |
| **WAL-MART STORES, INC. d/b/a WAL-MART SUPERCENTER STORE NO. 935 AND WAL-MART ASSOCIATES, INC. d/b/a WAL-MART SUPERCENTER STORE NO. 935** | * | **SECTION "D"** |
| | * | **MAGISTRATE "3"** |

\*   \*   \*   \*   \*   \*   \*   \*

## ORDER

CONSIDERING THE FOREGOING Joint Motion of defendants, Wal-Mart Stores, Inc., and Wal-Mart Associates, Inc. and plaintiffs, Robert C. Southard, Jr., Judy M. Southard, Airport Express Lube, L.L.C. and Maryland Casualty Company;

IT IS HEREBY ORDERED that the following deadlines are hereby established:

| **DEADLINE:** | **FOR:** |
|---|---|
| Friday, February 1, 2008 | Exchange of Rule 26 Initial Disclosures |
| Friday, February 29, 2008 | Amendment of Pleadings |
| Friday, May 23, 2008 | Filing of all Discovery Motions and Completion of all Discovery Except Experts |
| Wednesday, June 18, 2008 | Disclosure of Plaintiffs' Expert(s) and Production of their Resumes |
| Wednesday, July 23, 2008 | Disclosure of Defendants' Expert(s) and Production of their Resumes |
| Wednesday, July 30, 2008 | Submission to Opposing Parties of Plaintiffs' Expert(s') Reports |
| Wednesday, September 3, 2008 | Submission to Opposing Parties of Defendants' Expert(s') Reports |

1

| | |
|---|---|
| Friday, October 10, 2008 | All Expert Discovery Completed |
| Friday, November 7, 2008 | Filing of all Dispositive Motions |

BATON ROUGE, LOUISIANA, this 11th day of January, 2008.

_____
**MAGISTRATE JUDGE DOCIA L. DALBY**